NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellee,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
ELECTRONICS AMERICA, INC., AND SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellants.*

---

2012-1506

---

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

---

## ON MOTION

---

Before BRYSON, *Circuit Judge.*

## ORDER

Samsung Electronics Co., Ltd. et al. submit a motion for a stay, pending appeal, of the preliminary injunction entered by the United States District Court for the Northern District of California on June 26, 2012. Samsung also requests an immediate stay of the preliminary injunction

pending disposition of its motion for a stay, pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Apple Inc. is directed to respond no later than 12:00 p.m. on July 12, 2012.

(2) Samsung's request for an immediate stay is denied.

FOR THE COURT

JUL 0 6 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kathleen M. Sullivan, Esq.
     Michael A. Jacobs, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 6 2012

JAN HORBALY
CLERK